# Order

Michigan Supreme Court
Lansing, Michigan

May 15, 2020

160153

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

JASON ANTHONY SIEGEL,
　　　　Defendant-Appellant.

_____/

SC: 160153
COA: 348111
Macomb CC: 2014-002139-FH

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

On order of the Court, the application for leave to appeal the July 3, 2019 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration of: (1) whether the defendant knew or had reason to know the video he posted on Facebook "could cause 2 or more separate noncontinuous acts of 'unconsented contact' with the victim," see MCL 750.411s(1)(a), see also MCL 750.411s(8)(j) (defining "unconsented contact"); *Buchanan v Crisler*, 323 Mich App 163, 179-181 (2018) (providing examples of conduct typically supporting cyberstalking convictions under MCL 750.411s); and (2) if the defendant did not know or have reason to know that posting the video could cause two or more separate "unconsented contacts" with the victim, whether the defendant can obtain relief under MCR 6.500, *et seq*. In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 15, 2020



Clerk

b0512